

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-23-00069-CV

---

CHASTITY LUCAS, Appellant

V.

WILLIAM K. GLEASON, AS EXECUTOR OF THE ESTATE OF ROBERT WALLACE
DESPAIN, POLLYANNA DESPAIN, DEBBIE SUE VINCENT, MICHAEL THOMAS
VINCENT, AND DANIEL LEE VINCENT, Appellee

---

On Appeal from the 115th District Court
Marion County, Texas
Trial Court No. 2200085

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

The appellant filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.


Jeff Rambin
Justice

Date Submitted:     November 13, 2023
Date Decided:       November 14, 2023